**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Maria Orfelia ADRIANO FUSCA,

Petitioner,

Case No. 3:26-cv-536

v.

Kristi NOEM, *in her official capacity as* Secretary of the U.S. Department of Homeland Security, *et al.*,

Respondents.

**ORDER**

This matter came before the Court on Petitioner's Motion to Correct Caption. Upon consideration, **IT IS HEREBY ORDERED** that Petitioner's Motion to Correct Caption is **GRANTED**.

**IT IS FURTHER ORDERED** that the District Clerk's Office **SHALL AMEND** the docket to reflect the correct spelling of Petitioner's name.

**SIGNED** this **4th** day or **March 2026.**

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**