**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIA ORFELIA ADRIANO USCA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00536-DB** |
| | § | |
| **KRISTI NOEM**, *in her official capacity as* | § | |
| *Secretary of the U.S. Department of* | § | |
| *Homeland Security, et al.*, | § | |
| **Respondents.** | § | |

# FINAL JUDGMENT

On March 4, 2026, this Court issued an "Order," ECF No. 7, granting in part Petitioner Maria Orfelia Adriano Usca's "Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241," filed on February 23, 2026. On March 16, 2026, the Parties filed a "Joint Notice of Resolution," ECF No. 9, advising the Court that no matters remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **17th** day of **March 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**